UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CLOSE QUARTERS LLC**  CASE NO.  3:19-CV-00888

**VERSUS**  JUDGE TERRY A. DOUGHTY

**BOARD OF COMMISSIONERS, FIFTH**  MAG. JUDGE JOSEPH PEREZ-MONTES
**LOUISIANA LEVEE DISTRICT**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction [doc. # 6] is **DENIED**.

Monroe, Louisiana, this 6th day of December, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE